UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62278-CIV-COHN/SELTZER

BILL TAYLOR,

      Plaintiff,

v.

HOLLYWOOD SARAS, INC., a Florida
Corporation, BEDFORD AVENUE
REALTY, INC., a Florida Corporation,

      Defendants.

_____/

### ORDER APPROVING CONSENT DECREE AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Motion to Approve Consent Decree and to Dismiss with Prejudice [DE 17]. Having considered the motion and reviewed the Consent Decree [DE 17-1], and being otherwise advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion to Approve Consent Decree and to Dismiss with Prejudice [DE 17] is **GRANTED**;

2. The Consent Decree [DE 17-1] is **APPROVED**;

3. All claims in the above-captioned action are **DISMISSED with prejudice**;

4. Each party shall bear its own attorney's fees and costs except as detailed in the Consent Decree;

5. The Court retains jurisdiction to enforce the Consent Decree;

6. Any pending motions are **DENIED as moot**, and the Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 18th day of January, 2012.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF